UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ANN WORNUM,<br><br>    Plaintiff(s),<br><br>    v.<br><br>AURORA LOAN SERVICES INC,<br><br>    Defendant(s).<br>_____/ | No. C11-2189 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS [Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **August 12, 2011, at 9:30 a.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later August 5, 2011. If any party is proceeding without counsel, separate statements may be filed by each party.

The hearing on the Motion to Dismiss Plaintiff's Complaint, and the Motion to Strike Portions of Plaintiff's Complaint have been set for hearing on **August 12, 2011, at 9:30 a.m.** Regardless of whether the Court reschedules the hearing date, the opposition shall be due by June 17, 2011, and the reply brief shall be due by June 24, 2011.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a chambers copy.

1    IT IS SO ORDERED.

3    Dated: May 31, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge